# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: UNITED STATES SECURITIES AND EXCHANGE COMMISSION, v. CITIGROUP GLOBAL MARKETS INC.    Docket No.: 11-5227

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Akshat Tewary

Firm:

Address: 1974 State Route 27, Edison, NJ 08817

Telephone: 732-287-0080    Fax: 732-287-3836

E-mail: info@tewary.com

Appearance for: Occupy Wall Street - Alternative Banking Group
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: neither party; Judge Rakoff )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/

Type or Print Name: Akshat Tewary