# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of May, two thousand and twelve.

_____

| | |
|---|---|
| United States Securities and Exchange Commission, | **ORDER** |
| | Docket Nos.  11-5227(L) |
| *Plaintiff-Appellant-Cross-Appellee*, | 11-5242(XAP) |
| | 11-5375(CON) |
| v. | |
| Citigroup Global Markets Inc., | |
| *Defendant-Appellee-Cross-Appellant.* | |

_____

IT IS HEREBY ORDERED that the motions by the National Association of Shareholder and Consumer Attorneys ("NASCAT"), the Securities Industry and Financial Markets Association ("SIFMA"), the Business Roundtable, Occupy Wall Street - Alternative Banking Group, and Chamber of Commerce of the United States and Pharmaceutical Research and Manufacturers of America for leave to file *amicus curiae* briefs are REFERRED to the panel that will hear the merits of the appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

