

**BY CM/ECF**

December 20, 2012

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 370
New York, NY 10007

Re:   Oral Argument in *U.S. Securities and Exchange Commission v. Citigroup Global Markets Inc.*, Case No. 11-5227 (Lead)

Dear Clerk of Court:

    I am writing to inform the Court that, in the event Better Markets is granted leave to participate in oral argument in the appeal captioned above, as requested in its pending motion, I would be available any day during the week of February 4, 2013, to argue on behalf of Better Markets. The basis for the request to participate in oral argument is set forth in the pending motion and the basis for this notice is set forth below.

    On February 15, 2012, Better Markets filed a motion seeking an enhanced role as *amicus curiae*. *See* Motion of Better Markets, Inc. to Provide this Court with a Full, Fair, and Balanced Presentation of the Issues Raised in this Appeal, Document No. 108-1 (Feb. 15, 2012) ("Motion for Enhanced *Amicus* Role"). Specifically, Better Markets sought (1) leave to file a brief equal in length to that of a party; (2) additional time to file the brief so that it would be responsive to the briefs of both parties; and (3) **leave to participate in oral argument.** *Id.* Requests 1 and 2 have been resolved and only request 3 remains pending.

    The Motion for Enhanced *Amicus* Role was predicated on the fact that this appeal involved complex and important issues, yet the parties were fully aligned in their position on those issues and the ultimate relief they sought, which was court approval of their negotiated settlement. Accordingly, Better Markets requested the enhanced role as *amicus curiae* to help ensure that the Court would receive a full, fair, and balanced presentation on the issues presented.

1825 K Street, NW, Suite 1080, Washington, DC 20006    TELEPHONE (1) 202.618.6464    FAX (1) 202.618.6465    WEBSITE bettermarkets.com

Neither party objected to the relief sought, except that the SEC stated it would object to the request for oral argument only if that request were to reduce the SEC's time for argument. However, it is not the intent of Better Markets to take time away from others.

On February 17, 2012, the Court referred the Motion for Enhanced *Amicus* Role to the panel that will determine the merits of the appeal. *See* Order, Document No. 113 (Feb. 17, 2012).

On March 15, 2012, the Court issued an opinion and order staying the district court proceedings pending the outcome of the appeal and denying a motion to expedite the appeal. *See* Opinion and Order (*per curiam*), Document No. 118 (Mar. 15, 2012). In addition, the Court ordered the Clerk to appoint counsel to "advocate for upholding the district court's order." *Id.* at 17. In explaining that aspect of its ruling, the Court cited the alignment of interest among the parties:

> We recognize that, because both parties to the litigation are united in seeking the stay and opposing the district court's order, this panel has not had the benefit of adversarial briefing. In order to ensure that the panel which determines the merits receives briefing on both sides, counsel will be appointed to argue in support of the district court's position.

*Id.* at 3.

In accordance with the Opinion and Order, the Clerk appointed John R. Wing as pro bono counsel to advocate for upholding the district court order. *See* Order, Document No. 123 (Mar. 16, 2012). As a result of that appointment, Better Markets filed a supplemental memorandum in support of its Motion for Enhanced *Amicus* Role. *See* Supplemental Memorandum in Support of Motion of Better Markets, Inc. to Provide this Court with a Full, Fair, and Balanced Presentation of the Issues Raised in this Appeal, Document No. 135 (Apr. 3, 2012) ("Supplemental Memorandum").

In the Supplemental Memorandum, Better Markets argued that, even though able counsel had been appointed to support the district court's position, it was still appropriate for Better Markets to be granted an enhanced role as *amicus curiae* to provide this Court with a complete presentation on the key issues presented, not just "to argue in support of the district court's position." *See* Supplemental Memorandum at 1; Opinion and Order (*per curiam*), Document 118, at 3. The Supplemental Memorandum highlighted the fact that (1) Better Markets could address issues and arguments that were outside the scope of the task given to appointed counsel; (2) the issues presented were sufficiently numerous, complex, and important to warrant additional advocacy; and (3) Better Markets offered knowledge and expertise relevant to the issues presented. *Id.* at 1-3.

On August 20, 2012, seven days after appointed counsel filed his brief in support of the district court's opinion, Better Markets filed a renewed, uncontested motion for leave to file an *amicus curiae* brief with an increased word count. *See* Renewed Uncontested Motion of Better Markets, Inc. for Leave to File an *Amicus Curiae* brief with an Increased Word Count, Document No. 257-1 (Aug. 20, 2012). That motion was granted by order entered on August 24, 2012, and

Ms. Catherine O'Hagan Wolfe
Page 3

the brief of Better Markets was accepted for filing. That order resolved the original Motion for Enhanced *Amicus* Role with respect to the timing and length of Better Markets's brief, leaving only the request for oral argument still pending.

On December 6, 2012, this appeal was calendared for argument during the week of February 4, 2012. Better Markets still wishes to participate in oral argument, for the reasons set forth in the Motion for Enhanced *Amicus* Role and in the Supplemental Memorandum. In the event the Court grants such leave, Better Markets is notifying the Clerk that it is available for argument throughout the week of February 4, 2013.

Respectfully submitted,

*[signature]*

Dennis M. Kelleher
President & CEO

202-618-6460
dkelleher@bettermarkets.com

Cc: All counsel of record (by CM/ECF)