# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand and thirteen,

United States Securities and Exchange Commission,

      Plaintiff - Appellant - Cross - Appellee,

**ORDER**
Docket No. 11-5227

v.

Citigroup Global Markets Inc.,

      Defendant - Appellee - Cross - Appellant.

IT IS HEREBY ORDERED that the motion by Professors Yeager and Calathes for permission to file a brief as amicus curiae is GRANTED. Amici's request to participate at oral argument is DENIED..

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

