# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand and thirteen,

---

United States Securities and Exchange Commission,

      Plaintiff - Appellant - Cross - Appellee,

v.

Citigroup Global Markets Inc.,

      Defendant - Appellee - Cross - Appellant.

**ORDER**
Docket No. 11-5227

---

IT IS HEREBY ORDERED that the motion by Better Markets to enhanced role as amicus is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

