**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand and thirteen,

_____

United States Securities and Exchange Commission,

        Plaintiff - Appellant - Cross - Appellee,

v.

Citigroup Global Markets Inc.,

        Defendant - Appellee - Cross - Appellant.

**ORDER**
Docket No. 11-5227(L)

IT IS HEREBY ORDERED that the motions by the National Association of Shareholder and Consumer Attorneys("NASCAT"), the Securities Industry and Financial Markets Association("SIFMA"), Occupy Wall Street and Chamber of Commerce of the United States and Pharmaceutical Research and Manufacturers of America for leave to file amicus curiae briefs are, GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

